UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MURAD MAHADIN, OMAR ES-SABRI,
AHMAD AHMAD, MOHAMED ALIOUA,
AND AMR DABASH,

                    Plaintiffs,

-against-

FLORY'S CORP., FLORY ENTERPRISES,
INC., G.J.P. AUTOMOTIVE, INC. AND
JERRY FLORY,

                    Defendants.
------------------------------------------------------------X

Case No.: _____

**Rule 7.1 Statement**

**'07 CIV 10697**

**JUDGE KARAS**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs, MURAD MOHADIM, OMAR ES-SABRI, AHMAD AHMAD, MOHAMED ALIOUA, AND AMR DABASH, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE_____.

Dated: New Windsor, New York
       November 30, 2007

                              Respectfully submitted,

                              DRAKE, LOEB, HELLER, KENNEDY,
                              GOGERTY, GABA & RODD, PLLC.

                              _____
                          BY: ADAM L. RODD, ESQ., (AR-3484)
                            *Attorneys for Plaintiffs*
                            555 HUDSON VALLEY AVE., SUITE 100
                            New Windsor, New York 12550
                            Tel. No.: (845) 561-0550



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

---

DRAKE LOEB HELLER KENNEDY GOGERTY GABA & RODD PLLC
555 Hudson Valley Avenue, Suite 100, New Windsor, New York 12553
Phone: 845-561-0550