Index # 07 civ 10697
Purchased/Filed: November 30, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York   U. S. District Court   Southern Dist. County

Murad Mahadin, Omar Es-Sabri; et al   Plaintiff

against

Flory's Corp.; et al   Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 yrs
Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White
Hair color: Blonde   Other: _____

_____ Robin Brandow _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ December 10, 2007 _____, at _____ 1:00pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____ Summons and Complaint _____ on _____ Flory Enterprises, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Donna Christie _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ 40.00 _____ dollars; That said service was made pursuant to Section _____ BUSINESS CORPORATION LAW §306 _____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

10th day of   December, 2007

*Faith Cozzy* (signature)
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

*Robin Brandow* (signature)
Robin Brandow

Invoice•Work Order # 0724775