UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**

Index No: **07 CIV 10697**

| | |
|---|---|
| Plaintiff/Petitioner: | **MURAD MAHADIN, OMAR ES-SABRI, AHMAD AHMAD, MOHAMED ALIOUA AND AMR DABASH** |
| Defendant/Respondent: | **FLORY'S CORP., FLORY ENTERPRISES, INC., G.J.P. AUTOMOTIVE, INC., AND JERRY FLORY** |

STATE OF NEW YORK
COUNTY OF ORANGE        ss.:

**CATHERINE EDWARDS**, The undersigned,being duly sworn,deposes and says that I was at the time of service over the age of eighteen years and not a party to this action. I reside within the State of New York and that;

On **12/18/2007** at **12:56 PM**, I served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **JERRY FLORY** at **207 WOOD STREET** , Mahopac, NY 10541 in the manner indicated below:

☑ INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|--------------|---------------|-------|-----------|-------------|
| **Male** | **White** | **Salt/Pepper** | **35–49** | **5'0"–5'3"** | **Over 200lbs** |
| Other features: | | | | | |

☑ **MIL. SRVC.** Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Comments: **ACTUAL PLACE OF SERVICE MADE AT: MOBIL GAS STATION, ROUTE 17K, NEWBURGH, NY 12550.**

Sworn to and subscribed before me this
_____ day of _____, 20___
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X _____
CATHERINE EDWARDS
American-Process-Servers.com, Inc.
1662 Route 300, Suite 153
Newburgh, NY 12550
800.791.5872
Atty File#: Our Job#: 20005

TARA GENTILE
Notary Public, State Of New York
Qualified In Orange County
Registration # 01GE6090838
Commission Expires April 21, 2011