UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Murad Mahadin, et al.,

                Plaintiff(s),

    -against-

Flory's Corp., et al.,

                Defendant(s).

-------------------------------------------------------X

07 Civ. 10697 (KMK)(LMS)

CALENDAR NOTICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference    ___ Status Conference    ___ Oral argument
___ Settlement conference    ___ Plea Hearing    ___ Suppression hearing
✓ Rule (16) conference    ___ Final pre-trial conference
___ Telephone Conference    ___ Jury Selection and Trial
___ Non-Jury Trial    ___ Inquest

**before the Honorable Kenneth M. Karas, United States District Judge, on Friday, May 16, 2008 at 3:00 p.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

    Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: April 7, 2008
      White Plains, New York

                So Ordered

                Kenneth M. Karas, U.S.D.J